**Order entered August 25, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00945-CR
### No. 05-14-00946-CR

**LADEREK KINTE REYNOLDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-58630-Y, F11-60044-Y**

## ORDER

The Court **REINSTATES** the appeals.

On July 21, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On August 19, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the July 21, 2015 order requiring findings.

We **GRANT** the August 19, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE